1
2
3
4
5
6
7

**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF WASHINGTON**
**AT SEATTLE**

8
9

PRODIGY FINANCE CM2017-1 DAC

10

Petitioner,

No.

11

v.

**PETITION TO CONFIRM**
**FOREIGN ARBITRAL AWARD**

12

PENHA CRISTINA BRAGA MARTINS,

13

Respondent.

14
15
16

    Petitioner, Prodigy Finance CM2017-1 DAC ("Petitioner" or "Prodigy"), by and through

17

its undersigned attorneys, hereby petitions this Court for an Order: (a) confirming the final

18

arbitration award, dated May 19, 2021 ("Final Award") made in its favor against Penha Cristina

19

Braga Martins ("Respondent" or "Martins"); (b) entering a judgment in Petitioner's favor in the

20
21

full amount of the award, plus the post-award interest specified therein, post-judgment interest

pursuant to 28 U.S.C. § 1961, and the fees and costs of this petition; and (c) granting such other

22
23

relief as the Court deems just and proper.

24

/////

25

PETITION TO CONFIRM FOREIGN
ARBITRAL AWARD
- Page 1

Wong Fleming
9840 Willows Road NE, Suite 200
Redmond, WA 98052
Tel: 425.869.4040 Fax: 425.869.4050

## I. PARTIES, JURISDICTION AND VENUE

1. Petitioner is a designated activity company limited by shares, incorporated under the laws of Ireland with registration number 604846, having its registered address at 2nd Floor, Block 5, Irish Life Centre, Abbey Street Lower, Dublin 1, D01 P767, Ireland.

2. Respondent is an individual who, upon information and belief, resides in Seattle, King County, Washington.

3. This Court has original jurisdiction over this action pursuant to 9 U.S.C. § 203. Here, the Final Award is governed by the 1958 Convention on the Recognition and Enforcement of Foreign Arbitral Awards (the "New York Convention"), a treaty in force in the United States. *See,* 9 U.S.C. § 201. Moreover, the New York Convention applies to the Final Award because it (and the original loan agreement) arise from a legal relationship that is commercial and involves foreign citizens (and foreign properties), and also involves performance abroad. *See* 9 U.S.C. § 202. Venue is proper in this district pursuant to 28 U.S.C. § 1391(b)(1).

## II. THE LOAN AGREEMENT AND ASSIGNMENT

4. Prodigy Finance Limited, Petitioner's predecessor-in-interest, and Martins entered into a loan agreement entitled "Fixed Sum Loan Agreement Regulated by the Consumer Credit Act of 1974" dated August 21, 2017 ("Prodigy-Martins Agreement") pursuant to which Prodigy Finance Limited agreed to loan Martins a principal sum of $101,544.70. See, Declaration in Support of Petition to Confirm Foreign Arbitral Award ("Decl. in Support"), Exhibit 2.

PETITION TO CONFIRM FOREIGN
ARBITRAL AWARD
- Page 2

Wong Fleming
9840 Willows Road NE, Suite 200
Redmond, WA 98052
Tel: 425.869.4040 Fax: 425.869.4050

5.      Pursuant to clause 9.4 of the Prodigy-Martins Agreement, Prodigy Finance Limited was entitled to assign the Agreement to Petitioner. Clause 9.4 of the Loan Agreement specifically provides that:

*"…After disbursement, we may unilaterally assign our rights and obligations under this Agreement to a third party*". See, Decl. in Support, Exhibit 2.

6.      On or about August 25, 2017, Prodigy Finance Limited assigned all of its legal and beneficial rights under the Prodigy-Martins Agreement to Petitioner. See, Decl. in Support, Exhibit 3.

7.      Clause 9.5 of the Prodigy-Martins Agreement stipulates the following:

*"Subject to applicable law, we may vary the terms of this Agreement at any time for objectively justified business reasons. We will give you advance notice of any such change in writing and your right to make early settlement at any time will remain unaffected.*" See, Decl. in Support, Exhibit 2.

8.      On October 31, 2019, Martins was provided with written notice of a variation of the terms of the Prodigy-Martins Agreement. The notice clearly set out that the terms being varied relate to the arbitration of disputes at Clause 10 of the Prodigy-Martins Agreement "Loan Conditions." See, Decl. in Support, Exhibit 3.  The Notice of Variations also stated that the changes would come into effect from November 30, 2019, and that they were to Martin's benefit. Martins was provided with a hyperlink in the notice to access her copy of the newly varied Loan Agreement Loan Conditions. See, Decl. in Support, Exhibit 4.

9.      Clause 10.1 of the varied term provides as follows:

*"This Agreement shall be governed by English law.*"

PETITION TO CONFIRM FOREIGN
ARBITRAL AWARD
 - Page 3

Wong Fleming
9840 Willows Road NE, Suite 200
Redmond, WA 98052
Tel: 425.869.4040 Fax: 425.869.4050

1

2

3

4

10.      Clause 10.2 of the Prodigy-Martins Agreement, as varied, provides that any dispute arising out of or in connection with the Agreement, would be determined in accordance with clause 10, subject to the content of clause 10.8. See, Decl. in Support, Exhibit 4.

5

6

7

8

9

10

11

12

11.      Clause 10.4 of the Prodigy-Martins Agreement, as varied, specifically stipulates that any dispute between the parties in respect of an amount between £5,000.00 and £200,000.00 (or the foreign currency equivalent thereof) shall be referred to Chartered Institute of Arbitrators (the Business Arbitration Scheme) for resolution, with the number of arbitrators to be one, the language to be English and the place or seat of the arbitration to be London, England. Furthermore, any hearing may take place via video-link in order to avoid any unnecessary travel or related travel costs.  See, Decl. in Support, Exhibit 4.

13

## III.      THE AGREEMENT TO ARBITRATE

14

15

16

17

12.      As evidenced above, Petitioner and Respondent (collectively "the Parties") agreed to arbitrate any dispute between the parties for an amount between £5,000.00 and £200,000.00 (or the foreign currency equivalent thereof) and the Prodigy-Martins Agreement was to be governed by English law. See, Decl. in Support, Exhibit 4.

18

19

20

13.      Furthermore, the parties agreed that the dispute would be referred to the Chartered Institute of Arbitrators for resolution. See, Decl. in Support, Exhibit 4.

21

## IV.      THE DISPUTE

22

23

24

25

14.      In January 2019, Martins defaulted on the Prodigy-Martins Agreement by failing to pay the monthly loan repayment amount.  As a result, a Notice of Default was issued to Martins. See, Decl. in Support, Exhibit 5.

PETITION TO CONFIRM FOREIGN
ARBITRAL AWARD
- Page 4

Wong Fleming
9840 Willows Road NE, Suite 200
Redmond, WA 98052
Tel: 425.869.4040 Fax: 425.869.4050

15.     On August 12, 2019, another Notice of Default was issued to Martins for her continued failure to pay the loan amount. See, Decl. in Support, Exhibit 6.

16.     On November 12, 2019, Martins still had not cured the arrears on the account. As a result, another letter was sent to Martins providing the outstanding amounts and indicating that Prodigy would invoke the arbitration provisions in the Prodigy-Martins Agreement. See, Decl. in Support, Exhibit 7.

17.     Finally, after Martin's continued failure to cure the arrears, a final notice was issued to Martin indicating that the Prodigy-Martins Agreement was terminated and that they would invoke the arbitration provisions without further notice. See, Decl. in Support, Exhibit 8.

## V.     THE ARBITRATION AND AWARD

18.     After Martins' continued failure to cure, to make any payment whatsoever on the account or otherwise discuss alternative methods to resolve the pending dispute, Prodigy applied to the Chartered Institute of Arbitrators ("CIArb") for the appointment of an arbitrator in accordance with section 10 of the Prodigy-Martins Agreement, as varied. The dispute sought to be arbitrated involved an amount between £5,000 and £200,000, specifically £89,116.87 or $123,575.19 after the account had been terminated.

19.     The application made by Petitioner was for a sole arbitrator for an arbitration under the Rules of the CIArb Business Arbitration Scheme, in accordance with Clause 10(4), as varied.

20.     Arbitrator Ian Ridd ("the Arbitrator") was appointed on February 23, 2021.  See, Decl. in Support, Exhibit 9.

PETITION TO CONFIRM FOREIGN
ARBITRAL AWARD
 - Page 5

Wong Fleming
9840 Willows Road NE, Suite 200
Redmond, WA 98052
Tel: 425.869.4040 Fax: 425.869.4050

21.      The arbitration was conducted under the CIArb Business Arbitration Scheme

Rules 2019 and under the Arbitration Act 1996.  See, Decl. in Support, Exhibits 10 and 11.

22.      The Arbitrator concluded that Prodigy Financial Limited and Martins had entered

into a valid loan Agreement and that Prodigy Financial Limited had disbursed the in accordance

with the terms established in the Prodigy-Martins Agreement.  See, Decl. in Support, Exhibit 1,

paragraph 26.

23.      The Arbitrator further concluded that Prodigy Financial Limited validity assigned

its rights in the Prodigy-Martins Agreement to Petitioner and that Petitioner provided proper

notice to Martins of said assignment. See, Decl. in Support, Exhibit 1, paragraph 26.

24.      The Arbitrator further concluded that Petitioner legally made variations to the

Prodigy-Martins Agreement and that Petitioner provided proper notice to Martins of said

variations. See, Decl. in Support, Exhibit 1, paragraph 26.

25.      Finally, the Arbitrator concluded that Martins failed to make the required payment

in January 2019, that Petitioner took steps to notify Martins of the default through various

Notices, that Petitioner was entitled to terminate the loan amount and validly did so through its

written notice to Martins. See, Decl. in Support, Exhibit 1, paragraph 26.

26.      A Final Award in favor of Petitioner was issued by the Arbitrator on May 19,

2021 in Prodigy Finance CM2017-1 DAC v. Penha Cristina Braga Martins, Chartered Institute

of Arbitrators, cause number PF10.  See, Decl. in Support, Exhibit 1 pursuant to which the

Arbitrator awarded to Petitioner a principal amount of $124,770.48, plus pre-judgment interest

in the amount of $15,613.02 and continuing post-judgment interest of $29.91 per diem. See, Decl.

PETITION TO CONFIRM FOREIGN
ARBITRAL AWARD
 - Page 6

Wong Fleming
9840 Willows Road NE, Suite 200
Redmond, WA 98052
Tel: 425.869.4040 Fax: 425.869.4050

1   in Support, Exhibit 1, "Award" Section. The Arbitrator also ordered Martins to pay for the

2   arbitration proceedings.

3       27.     On May 19, 2021, the Arbitrator sent the Final Award to all the parties of the

4   Dispute.

5
6       28.     Martins failed to make any payment on the May 19, 2021, Arbitration Award.

7       29.     Accordingly and pursuant to 9 U.S.C. §207, Petitioner is entitled to have the Final

8   Award confirmed by this Court.

9       WHEREFORE, Petitioner respectfully requests that, pursuant to Article III of the New

10  York Convention, 9 U.S.C. §207, this Court:

11
        1.      Enter an order confirming the Award against Martins;
12
        2.      Enter judgment against Martins in an amount equal to the full amount of the
13
14  Final Award, $140,383.50, plus:

15          i.      post-Award interest at the daily rate of $29.91 from the date of the Final

16  Award up to the date of payment pursuant to Arbitration Award;

17          ii.     post judgment interest pursuant to 28 U.S.C. § 1961,

18
            iii.    Petitioner's fees and costs incurred in this proceeding and
19
            iv.     costs for the arbitration in the sum of $1410.80 (£1,000 at £1 GPB =
20
21  $1.4108 on May 19, 2021) plus interest at the rate of 8% per annum from the date of the Final

22  Award up to the date of payment;

23      3.      Grant such other relief as the Court may deem just and proper.

24  //

25  //

PETITION TO CONFIRM FOREIGN
ARBITRAL AWARD
 - Page 7

Wong Fleming
9840 Willows Road NE, Suite 200
Redmond, WA 98052
Tel: 425.869.4040 Fax: 425.869.4050

1    Signed at Redmond, Washington on this 29th day of November, 2021.

2                                                        Wong Fleming

3

4                                                        /s/Noel Yumo
                                                         Noel Yumo
5                                                        9840 Willows Road NE, Suite 200
                                                         Redmond, WA 98052
6                                                        Tel: (425) 869-4040
                                                         Fax: (425) 869-4050
7                                                        Attorney for Petitioner

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

PETITION TO CONFIRM FOREIGN                              Wong Fleming
ARBITRAL AWARD                                  9840 Willows Road NE, Suite 200
 - Page 8                                            Redmond, WA 98052
                                               Tel: 425.869.4040 Fax: 425.869.4050