# UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF WASHINGTON (SEATTLE)

| | |
|---|---|
| PRODIGY FINANCE CM2017-1 DAC<br><br>Petitioner,<br><br>v.<br><br>PENHA CRISTINA BRAGA MARTINS,<br><br>Respondent. | Case No: 2:21-cv-01601<br><br>ORDER GRANTING ENTRY OF DEFAULT AGAINST DEFENDANT PENHA CRISTINA BRAGA MARTINS |

THIS MATTER having come on regularly before the undersigned judge of the above-captioned Court upon Plaintiff Prodigy Finance CM2017-1 DAC's (hereinafter "Plaintiff") Motion for Entry of Default, and this Court having reviewed the records and files herein, including Plaintiff's Motion for Entry of Default, declaration and exhibits:

It appears from the record that Defendant has failed to appear, plead or otherwise defend, the default of Defendant Penha Cristina Braga Martins is hereby entered pursuant to Federal Rule of Civil Procedure, Rule 55(a).

The Court being fully advised and being otherwise informed in the premises, it is hereby, ORDERED, ADJUDGED and DECREED that:

Plaintiff's Motion for Entry of Default is hereby GRANTED.

Order Granting Entry
of Default      - 1

Wong Fleming
9840 Willows Road NE, Suite 200
Redmond, WA 98052
Tel: 425.869.4040 Fax: 425-869-4050

DONE IN OPEN COURT this _____ day of _____, 2022.

_____
JUDGE JOHN C. COUGHENOUR

Presented by:
Wong Fleming

_____
Noel Yumo, WSBA No. 30584
Attorney for Petitioner

Order Granting Entry
of Default    - 2

Wong Fleming
9840 Willows Road NE, Suite 200
Redmond, WA 98052
Tel: 425.869.4040 Fax: 425-869-4050