THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| PRODIGY FINANCE CM2017-1 DAC, | CASE NO. C21-1601-JCC |
| Plaintiff, | MINUTE ORDER |
| v. | |
| PENHA CRISTINA BRAGA MARTINS, | |
| Defendant. | |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter comes before the Court *sua sponte*. A supplemental proceeding is presently scheduled for September 6, 2022 at 9 a.m. before Judge Coughenour in Courtroom 16B (Suite 16206). (*See* Dkt. Nos. 16, 20.) The hearing is hereby REFERRED to the Honorable Brian Tsuchida, United States Magistrate Judge. The parties shall report to Judge Tsuchida's Courtroom 12B (Suite 12206) at 9 a.m. on September 6, 2022.

Plaintiff is DIRECTED to serve Defendant with copy of this minute order (to serve as notice of a change in location) prior to the hearing. If Plaintiff cannot effect personal service, Plaintiff may leave a copy of this order at Defendant last known address.

//

//

DATED this 30th day of August 2022.

<u>Ravi Subramanian</u>
Clerk of Court

<u>s/Sandra Rawski</u>
Deputy Clerk